IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil No. 2:09-cv-0971-JCM |
| Plaintiff, ) | |
| ) | **JUDGMENT AS** |
| v. ) | **TO THE FIRST CLAIM FOR** |
| ) | **RELIEF OF THE UNITED** |
| JAYLYNN M. CHUN ) | **STATES' COMPLAINT** |
| ) | |
| Defendant. ) | |

     This matter has come before the undersigned upon the Stipulation of the parties. Upon consideration of the Stipulation and for good cause showing,

     **IT IS ORDERED** that **JUDGMENT** is hereby entered in favor of the United States and against Jaylynn M. Chun as to the first claim for relief ("To Reduce Assessment Against Chun to Judgment") of the United States' Complaint in the amount of $11,760.35, plus interest and other statutory additions accruing from and after December 31, 2009, as provided by law pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601 and 6602, less any credits or overpayments.

     **THUS DONE AND SIGNED** on this 12th day of July, 2010 at Las Vegas, Nevada.

_____
Honorable James C. Mahan
United States District Judge